IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JACK "JAY" PALMER, JR.,      )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )       2:11cv217-MHT
                             )          (WO)
INFOSYS TECHNOLOGIES         )
LIMITED INCORPORATED and     )
INFOSYS LIMITED,             )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Infosys Technologies Limited Incorporated and Infosys Limited's motion for summary judgment (Doc. No. 46) is granted.

(2) Judgment is entered in favor of defendants Infosys Technologies Limited Incorporated and Infosys Limited and against plaintiff Jack "Jay" Palmer, Jr., with plaintiff Palmer taking nothing by his complaint.

It is further ORDERED that all other pending motions are denied as moot and all pending objections are overruled as moot.

It is further ORDERED that costs are taxed against plaintiff Palmer, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of August, 2012.

                             /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE